# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BELL HELICOPTER TEXTRON, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 05-CV-0322-CVE-FHM<br>) |
| HELICOMB INTERNATIONAL INC., an Oklahoma corporation, and ROBERT R. AUSTIN, an individual, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The Motion for Admission of Jason Dickstein *pro hac vice* (Dkt. # 32) is hereby granted.

**IT IS SO ORDERED** this 7th day of July, 2005.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT